Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
mdavis@zeklaw.com

*Attorneys for Petitioner National Union Fire Insurance Company of Pittsburgh, PA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on Behalf of Itself and Each of Its Related Companies that Provided Insurance Coverage to Respondent,

Petitioner,

- against -

INDEPENDENT SERVICE PROVIDER, LLC,

Respondent.

Case No.: 22-cv-9295 (JSR)

**DEFAULT JUDGMENT CONFIRMING ARBITRATION AWARD AND MONEY JUDGMENT FOR PETITIONER**

---

This action having been commenced on October 30, 2022, by the filing of a Summons and Petition to Confirm Arbitration Award by petitioner; and a copy of the Summons and Petition having been personally served on respondent INDEPENDENT SERVICE PROVIDER, LLC on November 11, 2022, by personal service in accordance with the Federal Rules of Civil Procedure upon Mark Scoggins, Esq., a registered agent authorized to accept service of process on behalf of respondent; and a Return of Service having been filed on November 22, 2022, with the Clerk of the Court; and respondent not having answered, moved or otherwise responded to the Summons and Petition; and respondent not having entered an appearance in the action either in person or by representative; and the time for responding to the Summons and Petition having expired, and the Clerk having entered a certificate of default, it is

ORDERED, ADJUDGED AND DECREED, that:

Pursuant to section 9 of the United States Arbitration Act (9 USC §9), the Arbitration Award marked "Final Award" issued by arbitrators Tom Stillman, Fred Marziano and Stephen Sedlack, dated October 29, 2022, is hereby confirmed is all respects and may be enforced by any court with competent jurisdiction to enforce such Final Award; and

In accordance with such Final Award, National Union Fire Insurance Company of Pittsburgh, PA. shall have a money judgment against Independent Service Provider, LLC in the amount of $207,039 plus simple interest at 9% from June 30, 2022, (which equals $215,819 as of December 19, 2022) plus the additional sums of $572 for the filing fee in this Court ($402), the fee for service of process ($150), plus authorized statutory costs ($20), amounting in all to $216,391 as of December 19, 2022, and that petitioner National Union Fire Insurance Company of Pittsburgh, PA have execution thereon.

In accordance with such Final Award, respondent Independent Service Provider, LLC shall not recover any amount from National Union Fire Insurance Company of Pittsburgh, PA.

Dated: New York, New York
       December 20, 2022

_____
HON. JED S. RAKOFF, U.S.D.J.

4854-0454-2533, v. 1

2

## CERTIFICATE OF SERVICE

     Anthony Rosario, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 20th day of December, 2022 I served a true copy of the within **PROPOSED DEFAULT JUDGMENT CONFIRMING ARBITRATION AWARD AND MONEY JUDGMENT FOR PETITIONER,** upon the party in this action in the manner indicated below:

**_BY FIRST CLASS MAIL_**

Mark C. Scoggins, Esq.
CROWDER & SCOGGINS, LTD.
Attorneys for Respondent
PO Box 167
Columbia, IL 62236


Dated: December 20, 2022

                                                                      ANTHONY ROSARIO